UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
JUL 07 2017
CLERK

******************************************************************

| | | |
|---|---|---|
| JULIE A. BRINKMAN, | * | CIV 16-4158 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

******************************************************************

In accordance with the Order entered June 28, 2017, this case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

Dated this 7th day of July, 2017.

BY THE COURT:

Lawrence L. Piersol
United District Court Judge

ATTEST:
JOSEPH HAAS, Clerk

By _____
Deputy